BRENDA H. ENTZMINGER
Nevada Bar No. 9800
JENNIFER N. TAYLOR
Nevada Bar No. 6141
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA MARIE OTTO, individually,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Nevada corporation, and DOES 1 through 100; and ROE CORPORATIONS 1 through 100,<br><br>Defendants. | Case No.: 2-15-cv-00993-KJD-NJK<br><br>**ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear

//
//
//
//
//
//
//
//
//

- 1 -

that party's own attorney's fees and costs.

DATED this 28th day of December, 2015.

**RICHARD HARRIS LAW FIRM**

_____
Elaine H. Marzola, Esq.
801 South 4th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Lisa Otto*

DATED this 29th day of December, 2015.

**PHILLIPS, SPALLAS & ANGSTADT**

_____
Jennifer N. Taylor
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own attorney's fees and costs.

DATED this 11th day of January, 2015.

_____
**UNITED STATES DISTRICT JUDGE**

- 2 -